

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00291-CV

**IN THE INTEREST OF K.M.C.**, a Child

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 12490
Honorable Stephen B. Ables, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF PROSECUTION. Costs of appeal are assessed against appellant.

SIGNED August 21, 2013.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice